Commonwealth *v*. Rickards, Appellant.

Submitted March 24, 1970. *John G. McDougall*, Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Vram Nedurian, Jr.*, Assistant District Attorneys, *William R. Toal*, First Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v*. Ritchey, Appellant.

Submitted April 15, 1970. *Silvio P. Cerchie*, for appellant; *Robert F. Hawk* and *David L. Cook*, Assistant District Attorneys, and *John H. Brydon*, District Attorney, for Commonwealth, appellee.

Order affirmed.